**SAO**
**WALEED ZAMAN, ESQ.**
Nevada State Bar No. 13993
**MICHAEL TRIPPIEDI, ESQ.**
Nevada State Bar No. 13973
**ZAMAN & TRIPPIEDI**
6620 S. Tenaya Way, Suite 100
Las Vegas, NV 89113
Ph: 702-359-0157
F: (702) 920-8837
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE JENNINGS, VASILIKI DOLAS-AMADOR, individually; <br><br> Plaintiffs, <br><br> vs. <br><br> JACKPOT JOANIE'S, LLC, a Domestic Limited Liability Company; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive, <br><br> Defendants. | Case No: 2:21-cv-01616-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO DEFENDANT'S MOTION TO DISMISS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs, WILLIE JENNINGS and VASILIKI DOLAS-AMADOR, by and through their attorney, MICHAEL TRIPPIEDI, ESQ., of the law firm ZAMAN & TRIPPIEDI, PLLC., and Defendant JACKPOT JOANIE'S, LLC, by and through their attorney, RICHARD L. WADE, ESQ., of HUTCHISON & STEFFEN, PLLC., that the deadline for the filing of Plaintiff's Reply to Defendant's Motion to Dismiss be extended fourteen (14) days from September 24, 2021, for a new deadline date of October 8, 2021.

**IT IS FURTHER STIPULATED AND AGREED** that the new deadline date for Defendant to file their Reply will be October 22, 2021;

///

///

///



– 1 –
STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY

This is Plaintiff's counsel's first request for an extension of time.

**IT IS SO STIPULATED.**

| DATED THIS 24th day of September 2021.<br>**ZAMAN & TRIPPIEDI, PLLC.**<br><br>By: *Michael Trippiedi*<br>**WALEED ZAMAN, ESQ.**<br>Nevada Bar No. 13993<br>**MICHAEL G. TRIPPIEDI, ESQ.**<br>Nevada Bar No. 13973<br>6620 S. Tenaya Way<br>Suite 100<br>Las Vegas, NV 89113<br>*Attorney for Plaintiff* | DATED THIS  24  day of September 2021.<br>**HUTCHISON & STEFFEN, PLLC.**<br><br>By:  /S/ Richard L. Wade<br>**MARK A. HUTCHISON, ESQ.**<br>Nevada Bar No. 4639<br>**TODD L. MOODY, ESQ.**<br>Nevada Bar No. 5430<br>**RICHARD L. WADE, ESQ.**<br>Nevada Bar No. 11879<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorney for Defendant* |

**ORDER**

**IT IS HEREBY ORDERED** that the foregoing stipulations shall be adopted as an order of the Court.

DATED this 27th day of  September , 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 27th day of September, 2021.

Respectfully Submitted by:

*Michael Trippiedi*
**WALEED ZAMAN, ESQ.**
Nevada Bar No. 13993
**MICHAEL G. TRIPPIEDI, ESQ.**
Nevada Bar No. 13973
6620 S. Tenaya Way
Suite 100
Las Vegas, NV 89113
*Attorney for Plaintiff*





Yanni Sitsis <yanni@ztlawgroup.com>

## Fwd: Jennings v. Jackpot Joanies

**Michael Trippiedi** <mike@ztlawgroup.com>  Fri, Sep 24, 2021 at 1:18 PM
To: Yanni Sitsis <yanni@ztlawgroup.com>

---------- Forwarded message ---------
From: **Rik L. Wade** <RWade@hutchlegal.com>
Date: Fri, Sep 24, 2021 at 1:15 PM
Subject: Re: Jennings v. Jackpot Joanies
To: Michael Trippiedi <mike@ztlawgroup.com>

You can use my e-signature.

Rik Wade

> On Sep 24, 2021, at 12:52 PM, Michael Trippiedi <mike@ztlawgroup.com> wrote:
>
> Good afternoon Rick,
>
> Attached is the SAO to continue the opposition and reply deadlines. Please let me know if we can add your esig or if you have any proposed changes. We should be able to get the amended complaint to you early next week, most likely Monday.
>
> Thank you again for your consideration here,
>
> --
> **\*WE HAVE MOVED\* Our new physical and mailing address is 6620 S. Tenaya Way, Suite 100, Las Vegas, Nevada 89113. Please update our new address for your records, thank you.**
> ************
> Michael G. Trippiedi, Esq.
> Partner
>
> 
>
> P: 702-842-4242
> F: 702-920-8837
> 6620 S. Tenaya Way, Ste. 100
> Las Vegas, Nevada 89113
> <SAO to Extend Time - Jennings, Willie.pdf>

Rik L. Wade
Attorney



HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

--
**\*WE HAVE MOVED\* Our new physical and mailing address is 6620 S. Tenaya Way, Suite 100, Las Vegas, Nevada 89113. Please update our new address for your records, thank you.**
************
Michael G. Trippiedi, Esq.
Partner



P: 702-842-4242
F: 702-920-8837
6620 S. Tenaya Way, Ste. 100
Las Vegas, Nevada 89113