**SAO**
**WALEED ZAMAN, ESQ.**
Nevada State Bar No. 13993
**MICHAEL TRIPPIEDI, ESQ.**
Nevada State Bar No. 13973
**ZAMAN & TRIPPIEDI**
6620 S. Tenaya Way, Suite 100
Las Vegas, NV 89113
Ph: 702-359-0157
F: (702) 920-8837
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE JENNINGS, VASILIKI DOLAS-AMADOR, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>JACKPOT JOANIE'S, LLC, a Domestic Limited Liability Company; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No: 2:21-cv-01616-RFB-VCF<br><br>**STIPULATION AND ORDER TO VACATE DEFENDANT'S MOTION TO DISMISS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs, WILLIE JENNINGS and VASILIKI DOLAS-AMADOR, by and through their attorney, MICHAEL TRIPPIEDI, ESQ., of the law firm ZAMAN & TRIPPIEDI, PLLC., and Defendant JACKPOT JOANIE'S, LLC, by and through their attorney, RICHARD L. WADE, ESQ., of HUTCHISON & STEFFEN, PLLC., that Defendant's Motion to Dismiss Plaintiff's Complaint may be withdrawn, and any future hearing dates may be vacated.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED THIS 8th day of October 2021.<br>**ZAMAN & TRIPPIEDI, PLLC.**<br><br>By: *Michael Trippiedi*<br>**WALEED ZAMAN, ESQ.**<br>Nevada Bar No. 13993<br>**MICHAEL G. TRIPPIEDI, ESQ.**<br>Nevada Bar No. 13973<br>6620 S. Tenaya Way<br>Suite 100<br>Las Vegas, NV 89113<br>*Attorney for Plaintiff* | DATED THIS 8th day of October 2021.<br>**HUTCHISON & STEFFEN, PLLC.**<br><br>By: /S/ Richard Wade<br>**MARK A. HUTCHISON, ESQ.**<br>Nevada Bar No. 4639<br>**TODD L. MOODY, ESQ.**<br>Nevada Bar No. 5430<br>**RICHARD L. WADE, ESQ.**<br>Nevada Bar No. 11879<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorney for Defendant* |

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss and all future hearing dates are vacated.

DATED this 13th day of October, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully Submitted by:

*Michael Trippiedi*
**WALEED ZAMAN, ESQ.**
Nevada Bar No. 13993
**MICHAEL G. TRIPPIEDI, ESQ.**
Nevada Bar No. 13973
6620 S. Tenaya Way
Suite 100
Las Vegas, NV 89113
*Attorney for Plaintiff*

