UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Willie Jennings, et al., <br><br> Plaintiffs <br> v. <br><br> Jackpot Joanie's, LLC; et al, <br><br> Defendants | Case No.: 2:21-cv-01616-JAD-VCF <br><br> **Remand Order** <br><br> [ECF No. 12] |

Because the federal claims on which removal of this action was based have been dismissed, leaving only pendent state claims, and as defendants do not oppose the motion to remand, IT IS HEREBY ORDERED that:

- Plaintiffs' Motion to Remand **[ECF No. 12] is GRANTED**;

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 14, Case No. A-21-835025-C,** and CLOSE THIS CASE.

Dated: December 21, 2021

_____
U.S. District Judge Jennifer A. Dorsey